### KARL LEROY HALL v. HELEN JOAN HALL

36 So. (2nd) 447                 June Term, 1948
July 6, 1948                      Division A
Rehearing denied July 23, 1948

PER CURIAM:
  Affirmed.

**M. H. RYAN, W. R. STIGLER, J. H. GRAHAM, ELMER H. BLANK AND GEORGE C. BECK, as and constituting the BOARD OF COUNTY COMMISSIONERS OF VOLUSIA COUNTY, FLORIDA, A political sub-division of the State of Florida, v. H. W. WORTHINGTON, et al.**

36 So. (2nd) 448               June Term, 1948
July 6, 1948                     En Banc

PER CURIAM:
  Affirmed.

### EARL HUTCHINSON v. EDWIN A. MENNINGER

36 So. (2nd) 448              June Term, 1948
July 6, 1948                    Division A
Rehearing denied July 16, 1948

PER CURIAM:
  Affirmed.

**SAMUEL FOSTER HARBIN v. ROYAL AMERICAN SHOWS and FLORIDA INDUSTRIAL COMMISSION.**

36 So. (2nd) 448              June Term, 1948
July 9, 1948                    Division A

PER CURIAM:
  Affirmed.

### H. R. HUNT v. E. W. HALL and B. M. HOWARD

36 So. (2nd) 448              June Term, 1948
July 9, 1948                    Division A

PER CURIAM:
  Affirmed.

### ROBERT G. SCHLOTTER v. MARGARITE RUTH SCHLOTTER

36 So. (2nd) 448              June Term, 1948
July 13, 1948                   Division A
Rehearing denied July 28, 1948

PER CURIAM:
  Affirmed.